J-S08038-23

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellant | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| JOHN CINQUE | : | No. 844 MDA 2022 |

Appeal from the Judgment of Sentence Entered May 17, 2022
In the Court of Common Pleas of Adams County Criminal Division at
No(s): CP-01-CR-0001123-2021

BEFORE: OLSON, J., McCAFFERY, J., and COLINS, J.[*]

CONCURRING STATEMENT BY McCAFFERY, J.: **FILED: MAY 8, 2023**

I agree that we are bound by the *en banc* Majority decisions in ***Richards***

and ***Moroz*** to treat Appellant's prior acceptance of ARD as a first DUI offense.

***See Commonwealth v. Richards***, 284 A.3d 214, 220-21 (Pa. Super. 2022),

*appeal granted*, 518 MAL 2022 (Pa. Mar. 15, 2023) (*en banc*);

***Commonwealth v. Moroz***, 284 A.3d 227, 233 (Pa. Super. 2022) (*en banc*).[1]

However, for the reasons expressed in my Dissenting Opinions, I believe

***Richards*** and ***Moroz*** were wrongly decided. ***See Richards***, 284 A.3d at 222-

---

[*] Retired Senior Judge assigned to the Superior Court.

[1] ***See also Commonwealth v. Verbeck***, 290 A.3d 260 (Pa. 2023); ***Commonwealth v. Hummel***, ___ A.3d ___, 1147 MDA 2022 (Pa. Super. April 4, 2023).

26 (Dissenting Op., McCaffery, J.); **_Moroz_**, 284 A.3d at 235-39 (Dissenting Op., McCaffery, J.). Thus, I am constrained to concur in this decision.

Judge Colins joins the Concurring Statement.